Steven E. Wolter, Kelley & Wolter, Minneapolis, MN, for Defendant–Appellant.

Christopher Lindsey, Leavenworth, KS, pro se.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Christopher Lindsey directly appeals after he pled guilty to fraud and identity-theft offenses, and the district court [1] sentenced him within his calculated Guidelines range to 180 months in prison. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), acknowledging that Lindsey's plea agreement contained an appeal waiver, and arguing that Lindsey's sentence is unreasonable. Counsel has also moved to withdraw. Lindsey has filed a pro se submission arguing that the appeal waiver is invalid because the district court advised him about his appeal rights.

We conclude that the appeal waiver is valid, and after careful de novo review, *see United States v. Scott*, 627 F.3d 702, 704 (8th Cir.2010), we further conclude that the appeal waiver is enforceable as to the issue raised by counsel, *see United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc); *see also Nguyen v. United States*, 114 F.3d 699, 703 (8th Cir.1997). In addition, an independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no nonfrivolous issues outside the scope of the appeal waiver. Accordingly, the appeal is dismissed, and counsel's motion to withdraw is granted.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Alejandro VAZQUEZ–PACHECO, Defendant–Appellant.**

No. 15–2683.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 6, 2015.

Filed: Nov. 17, 2015.

Daniel C. Tvedt, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Jill M. Johnston, Assistant, Federal Public Defender, Federal Public Defender's Office, Cedar Rapids, IA, for Defendant–Appellant.

Alejandro Vazquez–Pacheco, Oklahoma City, OK, pro se.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jose Vazquez–Pacheco directly appeals after he pled guilty to illegally reentering the United States, and the district court[1] sentenced him within his calculated Guidelines range to 16 months in prison. His counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court imposed a substantively unreasonable sentence. Counsel has also moved to withdraw.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster,* 572 F.3d 455, 461–62 (8th Cir.2009) (en banc); *see also Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). In addition, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.